IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| GREGORY B. ADAMS SR., <br><br> Plaintiff, <br><br> vs. <br><br> STATE OF NEBRASKA, CITY OF LINCOLN, LINCOLN POLICE DEPARTMENT, LANCASTER COUNTY COURT, and CITY OF LINCOLN CITY ATTORNEY'S, <br><br> Defendants. | 4:19CV3083 <br><br> **ORDER** |

IT IS ORDERED that Plaintiff's motion for extension of time (Filing No. 12) is granted, and, accordingly, that Plaintiff shall have until July 20, 2020, to file an Amended Complaint in compliance with the court's April 20, 2020 Memorandum and Order (Filing No. 11).

Dated this 22nd day of May, 2020.

BY THE COURT:

*Richard G. Kopf*

Richard G. Kopf
Senior United States District Judge