IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| GREGORY B. ADAMS SR., | |
| Plaintiff, | 4:19CV3083 |
| vs. | ORDER |
| STATE OF NEBRASKA, CITY OF LINCOLN, LINCOLN POLICE DEPARTMENT, LANCASTER COUNTY COURT, and CITY OF LINCOLN CITY ATTORNEY'S, | |
| Defendants. | |

IT IS ORDERED:

1. Plaintiff's second motion for extension of time (Filing No. 14) is granted, and, accordingly, Plaintiff shall have until October 20, 2020, to file an Amended Complaint in compliance with the court's April 20, 2020 Memorandum and Order (Filing No. 11).

2. The clerk of the court is directed to set the following pro se case management deadline: "October 20, 2020: check for amended complaint."

Dated this 27th day of July, 2020.

BY THE COURT:

*Richard G. Kopf*
Richard G. Kopf
Senior United States District Judge