IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| GREGORY B. ADAMS SR., | 4:19CV3083 |
| Plaintiff, | |
| vs. | MEMORANDUM AND ORDER |
| STATE OF NEBRASKA, et al., | |
| Defendants. | |

On October 23, 2020, the court ordered Plaintiff to file an amended complaint by November 19, 2020, or face dismissal of this action. (Filing 17.) To date, Plaintiff has not filed an amended complaint or taken any other action in this matter.

IT IS THEREFORE ORDERED:

1. This matter is dismissed without prejudice because Plaintiff failed to prosecute it diligently and failed to comply with this court's orders.

2. The court will enter judgment by a separate document.

Dated this 20th day of November, 2020.

BY THE COURT:

*Richard G. Kopf*
Richard G. Kopf
Senior United States District Judge